FEB-08-08 04:56pm FROM-KROPIK PAPUGA & SHAW 312 236 8060 T-778 P.001/002 F-433

# KROPIK, PAPUGA AND SHAW
## ATTORNEYS AT LAW
### 120 SOUTH LA SALLE STREET
### CHICAGO, ILLINOIS 60603
Telephone 312-236-6405
Facsimile
312-236-8060
e-mail kropik@kropik.net

Charles T. Kropik (1910-1992)
Stanley W. Papuga
Kenneth K. Shaw, Jr.
Laura Wardinski
Charanne Papuga
Robert E. Haney

February 8, 2008

Gary P. Hollander
POTRATZ & HOLLANDER, P.C.
30 N. LaSalle Street
Ste. 3900
Chicago, Illinois 60602

Via Facsimile 312-364-0289

        Re: U.S. Bank, as Trustee
        Vs. Wendy S. Cook
        07 C 1544

Dear Mr. Hollander:

      This is to confirm that on February 6, 2008 we produced a copy of an assignment of mortgage to supplement our previous document production.

      With respect to the examination of the original signatures by your consultant, I have those documents in my possession and await your instructions concerning a date pursuant to our previous discussions.

      We hereby supplement our previous disclosures and answers to interrogatories to include as a potential witness, Judy Faber, a manager with the Records Management Administration of the servicer of the mortgage that is the subject of the litigation. She can be contacted through my office. Her testimony, if used, would concern the maintenance, keeping, transmittal, copying, control and security of the physical original documents relating to this file. We agree to reasonably work with you in the event that you would like a statement or deposition with respect to this individual, even after close of discovery.

      Please let me know if you require a more formal supplementation of these discovery responses, disclosures and requests.

My previous letter of February 1, 2008 requested copies of documents that were not part of the documents that were previously produced by your client. Please advise if those documents are available.

Very truly yours,

Kenneth K. Shaw, Jr.

Cc: Robert B. Groholski
B. Wayne Creel
Schwartz Cooper Chartered
180 N. LaSalle, Suite 2700
Chicago, Illinois 60601

From: KSHAW Mailbox <KSHAW@kropik.net>
To: gph55@aol.com; BCreel@schwartzcooper.com
Cc: BGroholski@schwartzcooper.com
Subject: RE: US Bank V. Cook - Handwriting Examination
Date: Mon, 17 Mar 2008 3:01 pm

Confirming our telephone conversation, this person is not our Rule 30(b)(6) witness, she was designated as set forth in my previous communication. It is our position that we are not responsible for bringing her to Chicago for a deposition. Kindly provide any authority for you position that we are obligated to bring this witness to Chicago and we will be happy to review same. Otherwise, due to the limited nature of this witness' purpose, I suggest that her examination could easily be handled by another method such as telephonic or video deposition or by interrogatories.

Ken Shaw
312-236-6405